FILED
CLERK, U.S. DISTRICT COURT

FEB 22 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. David Candela DEFENDANT(S). | CASE NUMBER CR 12-70 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of _Defendant_, IT IS ORDERED that a detention hearing is set for _February 23_, _2012_, at _3:00_ ☐ a.m. / ☒ p.m. before the Honorable _Eick_, in Courtroom _20_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: _2/22/12_

_____
U.S. District Judge/Magistrate Judge

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT
CR-66 (10/97)                                                                                   Page 1 of 1